UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **SHANE JEANSONNE** | **CASE NO.  2:23-CV-00561** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **STEPHEN DWIGHT** | **MAGISTRATE JUDGE LEBLANC** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the matter be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's Motion to Execute Preliminary Review [doc. 11] be **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in Chambers on the 27th day of June, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**